# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Elkins Division

**RICKEY SIMPSON,**

    **Plaintiff,**

**v.**                      **CIVIL ACTION NO. 2:19-CV-29**

**OCWEN LOAN SERVICING, LLC, et al.**

    **Defendants.**

## DISMISSAL ORDER

This day came the parties and announced to the Court that all claims set forth in this action have been settled and compromised and thereupon,

It is **ORDERED** that the claims set forth in the complaint in the above-styled action are dismissed with prejudice and the action is stricken from the docket.

The Clerk is directed to transmit copies of this Order to counsel of record.

It is so **ORDERED.**


DATED: December 30, 2020

                                      *Thomas S. Kleeh*
                                      THOMAS S. KLEEH
                                      UNITED STATES DISTRICT JUDGE


Agreed by:

/s/ Jennifer S. Wagner
Jennifer S. Wagner (WVSB #10639)
Mountain State Justice, Inc.
325 Willey Street
Morgantown, WV 26505
(304)326-0188

(304)326-0189 (fax)
jennifer@msjlaw.org

\_/s/ David Asbury_____
Jason E. Manning, Esq.
David Asbury, Esq.
Troutman Sanders, LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
david.asbury@troutmansanders.com
jason.manning@troutmansanders.com